THE PEOPLE OF THE STATE OF NEW YORK, Respondeut, v.
GUIDO SONNENBERG, Appellant.

*People* v. *Sonnenberg*, 140 App. Div. 922, affirmed.
(Argued December 13, 1910; decided January 10, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 21, 1910, which affirmed a judgment of the Onondaga County Court rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property.

*W. B. Matterson* for appellant.

*George W. Standen* and *George H. Bond* for respondent.

Judgment of conviction affirmed ; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.